IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02120-CMA-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

EUGENE WINTERBOTTOM, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Vacate and Reschedule Scheduling Conference, DN 6, filed with the Court on November 2, 2009, is GRANTED as follows:

The Scheduling/Planning Conference set on November 9, 2009, at 9:30 a.m., is VACATED.  However, the Court will conduct a **Status Conference** on November 9, 2009, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties shall appear in person for the status conference.

Date:  November 4, 2009