IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02120-CMA-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Plaintiff(s),

v.

EUGENE WINTERBOTTOM, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate Scheduling Conference (docket no. 15) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set on December 17, 2009, at 3:00 p.m. is VACATED.  The parties have signed a settlement agreement but the terms of the settlement will not be completed until February 28, 2010.

It is FURTHER ORDERED that the parties shall file their Joint Motion to Dismiss with the court on or before March 5, 2010, or show cause why this case should not be dismissed.

Date:  December 9, 2009