IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02120-CMA-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

EUGENE WINTERBOTTOM, and
MARY WINTERBOTTOM,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation For Dismissal With Prejudice (Doc. # 20). The Court having considered the Stipulation For Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs.

DATED: March __12__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge